IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMBASE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08CV651-WWE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO SET ASIDE
THE COURT'S CONDITIONAL ORDER OF DISMISSAL**

1. In its Memorandum Order dated June 15, 2010, the Court permitted plaintiff AmBase Corporation ("AmBase") to conduct limited discovery with respect to a protective claim for refund that the Federal Deposit Insurance Corporation ("FDIC") filed on behalf of members of AmBase's consolidated group for tax year 1989.

2. Based on further limited discovery, AmBase hereby moves the Court to set aside its conditional order of dismissal.

3. This Motion is explained in the accompanying Memorandum in Support of Motion to Set Aside the Court's Conditional Order of Dismissal and is supported by the attached Declaration of Attorney Samuel A. Mitchell and its accompanying exhibits.

Respectfully submitted,

/s/ Peter H. Winslow
PETER H. WINSLOW [phv02676]
Scribner, Hall & Thompson, LLP
1030 15th Street NW, Suite 700 East
Washington, DC 20005
Telephone: (202) 331-8585
Facsimile: (202) 331-2032
pwinslow@scribnerhall.com

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, a copy of the foregoing PLAINTIFF'S MOTION TO SET ASIDE THE COURT'S CONDITIONAL ORDER OF DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on August 30, 2010, I overnight mailed a paper courtesy copy of the foregoing PLAINTIFF'S MOTION TO SET ASIDE THE COURT'S CONDITIONAL ORDER OF DISMISSAL to the Court at the address listed below, as required by the Court's Electronic Filing Order (Doc. Ent. 3):

> The Honorable Warren W. Eginton
> Senior United States District Judge
> District of Connecticut
> Brien McMahon Federal Building
> United States Courthouse
> 915 Lafayette Boulevard - Suite 335
> Bridgeport, Connecticut 06604

> /s/ Peter H. Winslow
> PETER H. WINSLOW [phv02676]
> Scribner, Hall & Thompson, LLP
> 1030 15th Street NW, Suite 700 East
> Washington, DC 20005
> Telephone: (202) 331-8585
> Facsimile: (202) 331-2032
> pwinslow@scribnerhall.com