IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMBASE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08CV651-WWE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF ATTORNEY SAMUEL A. MITCHELL**

I hereby declare as follows:

1. I am an attorney for the plaintiff, AmBase Corporation, in the above referenced action.

2. The document attached hereto as Exhibit 1, labeled AMB-TX-001626 - 001642, signed by David Jones, is a true and correct copy of a document that was produced via email to me on August 2, 2010, by the Federal Deposit Insurance Corporation (FDIC) pursuant to a *subpoena duces tecum* in this action duly served on the FDIC and dated July 9, 2010.

3. Alex Case, counsel for defendant, has represented to me that the defendant United States agrees that Exhibit 1 is the correspondence that is referred to as the "claim" in the letter from the Internal Revenue Service dated February 6, 1997, addressed to Carteret Bancorp Inc., which was entered into the Court's record under a declaration from John Ferrara as Document Number 30-24. The February 6, 1997, Internal Revenue Service letter is attached hereto as Exhibit 2.

4. The document attached hereto as Exhibit 3, dated July 19, 2010, is a true and correct copy of a portion of the United States' Response to Plaintiff's Third Interrogatories.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Samuel A. Mitchell
SAMUEL A. MITCHELL
Scribner, Hall & Thompson, LLP
1030 15th Street NW, Suite 700 East
Washington, DC 20005
Telephone: (202) 331-8585
Facsimile: (202) 331-2032
smitchell@scribnerhall.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, a copy of the foregoing DECLARATION OF ATTORNEY SAMUEL A. MITCHELL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on August 30, 2010, I overnight mailed a paper courtesy copy of the foregoing DECLARATION OF ATTORNEY SAMUEL A. MITCHELL to the Court at the address listed below, as required by the Court's Electronic Filing Order (Doc. Ent. 3):

>The Honorable Warren W. Eginton
>Senior United States District Judge
>District of Connecticut
>Brien McMahon Federal Building
>United States Courthouse
>915 Lafayette Boulevard - Suite 335
>Bridgeport, Connecticut 06604

>/s/ Peter H. Winslow
>PETER H. WINSLOW [phv02676]
>Scribner, Hall & Thompson, LLP
>1030 15th Street NW, Suite 700 East
>Washington, DC 20005
>Telephone: (202) 331-8585
>Facsimile: (202) 331-2032
>pwinslow@scribnerhall.com