# FDIC
# Federal Deposit Insurance Corporation
1910 Pacific Avenue, Suite 1500, Dallas, Texas 75201
(214) 953-6374



Division of Finance

September 13, 1996

Internal Revenue Service Center
Returns Processing Unit

Dear IRS Representative:

Pursuant to <u>IRS General Counsel Memorandum (GCM) 38786</u>, this claim is filed to protect the statute of limitations. As outlined in your GCM, consideration of the claim is not dependent on the amount of refund sought ($1.00 plus) but rather in the exact basis as to why the claim is being made. (Page 2 form 1120X and attachments)

In <u>Mutual Assurance, Inc. v.U.S., 56F.3d,1353</u>, the taxpayer filed amended refund claims after the statute of limitations period had expired on the original, timely filed claims. The amended refund claims were nevertheless considered timely filed within the statute of limitations period, even though the IRS had previously paid the original refund claim in full. The amended return that is being filed here, may also be amended after the expiration of the statute of limitations, should certain information requiring this amendment be discovered.

There will be additional work performed and additional information gathered to substantiate the decrease in tax. As a result of additional procedures that will be performed, subsequent amended returns will be filed.

Please let this office know if any further information is needed.

Sincerely,

David Jones
Senior Tax Accountant

**EXHIBIT**
_____

AMB-TX-001626

ESTIMATE
FILE. TO PROTECT STATUTE OF LIMITATION.
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION L-597-7(c)

**Form 1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/83 (Enter month and year)

Name: Carteret Bancorp, Inc.
Number, street, and room or suite no.: 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer Identification number: 51-0296535
Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

**Fill in Applicable Items and Use Part II To Explain Any Changes**

## Part I — Income and Deductions (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease—explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1  Total income (Form 1120 or 1120-A, line 11) | | | |
| 2  Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3  Taxable income. Subtract line 2 from line 1 | | | |
| 4  Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

**Payments and Credits** (see instructions)

5a  Overpayment in prior year allowed as a credit
 b  Estimated tax payments
 c  Refund applied for on Form 4466
 d  Subtract line 5c from the sum of lines 5a and 5b
 e  Tax deposited with Form 7004
 f  Credit from regulated investment companies
 g  Credit for Federal tax on fuels

6  Tax deposited or paid with (or after) the filing of the original return
7  Add lines 5d through 6, column (c)
8  Overpayment, if any, as shown on original return or as later adjusted
9  Subtract line 8 from line 7

(PROTECTIVE CLAIM)

**Tax Due or Refund**

10  Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶
11  Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

**Please Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]    Date: 9/13/96    Title: SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**

Preparer's signature / Date / Check if self-employed ☐ / Preparer's social security no.
Firm's name (or yours if self-employed) and address / EIN / ZIP code

For Paperwork Reduction Act Notice, see instructions on page 3.    Cat. No. 11530Z    Form **1120X** (Rev. 6-95)

AMB-TX-001627

ESTIMATE
FILED TO PROTECT STATUTE OF LIMITATION.
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION 1.597-7(c)

1309

**Form 1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/82
(Enter month and year)

Please Type or Print

Name: Carteret Bancorp Inc.
Number, street, and room or suite no.: 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer Identification number: 51:0296535
Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

### Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I — Income and Deductions (see instructions)**

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease— explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

*PROTECTIVE CLAIM*

**Payments and Credits (see instructions)**

| | | | |
|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | | | |
| b Estimated tax payments | | | |
| c Refund applied for on Form 4466 | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | | | |
| e Tax deposited with Form 7004 | | | |
| f Credit from regulated investment companies | | | |
| g Credit for Federal tax on fuels | | | |
| 6 Tax deposited or paid with (or after) the filing of the original return | | | |
| 7 Add lines 5d through 6, column (c) | | | |
| 8 Overpayment, if any, as shown on original return or as later adjusted | | | |
| 9 Subtract line 8 from line 7 | | | |

**Tax Due or Refund**

| | | |
|---|---|---|
| 10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) | ▶ | |
| 11 Refund. Subtract line 4, column (c), from line 9 | ▶ | $1.00 Plus |

**Please Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]   Date: 9/13/96   Title: SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | EIN ▶ | |
| | | ZIP code ▶ | |

For Paperwork Reduction Act Notice, see instructions on page 3.    Cat. No. 11530Z    Form **1120X** (Rev. 6-95)

AMB-TX-001628

ESTIMATE
FILE. D PROTECT STATUTE OF LIMITATION
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION L-597-7(c)

Form **1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/84
(Enter month and year)

| | |
|---|---|
| Name | Employer Identification number |
| Carteret Bancorp Inc. | 51:0296535 |
| Number, street, and room or suite no. (If a P.O. box, see instructions.) | |
| 1910 Pacific Ave., Suite 1500 | |
| City or town, state, and ZIP code | Telephone number (optional) |
| Dallas, Texas 75201 | (214) 220-3447 |

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

### Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** — Income and Deductions (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease— explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

*PROTECTIVE CLAIM*

**Payments and Credits** (see instructions)

5a Overpayment in prior year allowed as a credit
 b Estimated tax payments
 c Refund applied for on Form 4466
 d Subtract line 5c from the sum of lines 5a and 5b
 e Tax deposited with Form 7004
 f Credit from regulated investment companies
 g Credit for Federal tax on fuels

6 Tax deposited or paid with (or after) the filing of the original return
7 Add lines 5d through 6, column (c)
8 Overpayment, if any, as shown on original return or as later adjusted
9 Subtract line 8 from line 7

**Tax Due or Refund**

10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶
11 Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

**Please Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ [signed]   Date ▶ 9/13/96   Title ▶ SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address ▶ | | EIN ▶ | |
| | | ZIP code ▶ | |

For Paperwork Reduction Act Notice, see instructions on page 3.   Cat. No. 11530Z   Form **1120X** (Rev. 6-95)

AMB-TX-001629

ESTIMATE

FILED TO PROTECT STATUTE OF LIMITATIONS
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION 1.597-7(c)

Form **1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending in ▶ 12/85
(Enter month and year)

Please Type or Print

Name: Carteret Bancorp, Inc.
Number, street, and room or suite no. (If a P.O. box, see instructions.): 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer Identification number: 51:0296535
Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** Income and Deductions (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease— explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

Payments and Credits (see instructions)

| | | | |
|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | | | |
| b Estimated tax payments | | | |
| c Refund applied for on Form 4466 | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | | | |
| e Tax deposited with Form 7004 | | | |
| f Credit from regulated investment companies | | | |
| g Credit for Federal tax on fuels | | | |
| 6 Tax deposited or paid with (or after) the filing of the original return | | | |
| 7 Add lines 5d through 6, column (c) | | | |
| 8 Overpayment, if any, as shown on original return or as later adjusted | | | |
| 9 Subtract line 8 from line 7 | | | |

(PROTECTIVE CLAIM)

Tax Due or Refund

10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶

11 Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

Please Sign Here

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signature]   Date: 9/13/96   Title: SR. TAX ACCOUNTANT

Paid Preparer's Use Only

Preparer's signature: 
Date:
Check if self-employed ▶ ☐
Preparer's social security no.:
Firm's name (or yours if self-employed) and address:
EIN ▶
ZIP code ▶

For Paperwork Reduction Act Notice, see instructions on page 3.   Cat. No. 11530Z   Form **1120X** (Rev. 6-95)

333

AMB-TX-001630

ESTIMATE
FILE TO PROTECT STATUTE OF LIMITATION
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION L-597-7(c)

**Form 1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/86
(Enter month and year)

Name: Carteret Bancorp Inc.
Number, street, and room or suite no. (If a P.O. box, see instructions.): 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer identification number: 51:0296535
Telephone number (optional): (214) 220-3447

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

**Fill in Applicable Items and Use Part II To Explain Any Changes**

### Part I — Income and Deductions (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease—explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

PROTECTIVE CLAIM

**Payments and Credits (see instructions)**

| | | | |
|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | | | |
| b Estimated tax payments | | | |
| c Refund applied for on Form 4466 | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | | | |
| e Tax deposited with Form 7004 | | | |
| f Credit from regulated investment companies | | | |
| g Credit for Federal tax on fuels | | | |
| 6 Tax deposited or paid with (or after) the filing of the original return | | | |
| 7 Add lines 5d through 6, column (c) | | | |
| 8 Overpayment, if any, as shown on original return or as later adjusted | | | |
| 9 Subtract line 8 from line 7 | | | |

**Tax Due or Refund**

| | | |
|---|---|---|
| 10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶ | | |
| 11 Refund. Subtract line 4, column (c), from line 9 ▶ | $1.00 Plus | |

**Please Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]   Date: 9/13/96   Title: SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ▶ ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | EIN ▶ | |
| | | ZIP code ▶ | |

For Paperwork Reduction Act Notice, see instructions on page 3.   Cat. No. 11530Z   Form **1120X** (Rev. 6-95)

AMB-TX-001631

ESTIMATE
FILED TO PROTECT STATUTE OF LIMITATION
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION 1.597-7(c)

**Form 1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/87
(Enter month and year)

Name: Carteret Bancorp Inc.
Number, street, and room or suite no. (If a P.O. box, see instructions.): 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer Identification number: 51-0296535
Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** Income and Deductions (see instructions)

| | | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease—explain in Part II) | (c) Correct amount |
|---|---|---|---|---|
| 1 | Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 | Taxable income. Subtract line 2 from line 1 | | | |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

Payments and Credits (see instructions)

5a Overpayment in prior year allowed as a credit
 b Estimated tax payments
 c Refund applied for on Form 4466
 d Subtract line 5c from the sum of lines 5a and 5b
 e Tax deposited with Form 7004
 f Credit from regulated investment companies
 g Credit for Federal tax on fuels

6 Tax deposited or paid with (or after) the filing of the original return
7 Add lines 5d through 6, column (c)
8 Overpayment, if any, as shown on original return or as later adjusted
9 Subtract line 8 from line 7

PROTECTIVE CLAIM

Tax Due or Refund

10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶
11 Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

**Please Sign Here**
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ [signature]   Date ▶ 9/13/96   Title ▶ SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**
Preparer's signature ▶
Firm's name (or yours if self-employed) and address ▶
Date
Check if self-employed ▶ ☐
Preparer's social security no.
EIN ▶
ZIP code ▶

For Paperwork Reduction Act Notice, see instructions on page 3.   Cat. No. 11530Z   Form **1120X** (Rev. 6-95)

AMB-TX-001632

ESTIMATE

FILED TO PROTECT STATUTE OF LIMITATION.
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION L-597-7(c)

Form **1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/88
(Enter month and year)

Name: Carteret Bancorp, Inc.
Number, street, and room or suite no. (If a P.O. box, see instructions.): 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer Identification number: 51-0296535
Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

**Fill in Applicable Items and Use Part II To Explain Any Changes**

**Part I — Income and Deductions** (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease—explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

PROTECTIVE CLAIM

**Payments and Credits** (see instructions)

| | | | |
|---|---|---|---|
| 5a Overpayment in prior year allowed as a credit | | | |
| b Estimated tax payments | | | |
| c Refund applied for on Form 4466 | | | |
| d Subtract line 5c from the sum of lines 5a and 5b | | | |
| e Tax deposited with Form 7004 | | | |
| f Credit from regulated investment companies | | | |
| g Credit for Federal tax on fuels | | | |
| 6 Tax deposited or paid with (or after) the filing of the original return | | | |
| 7 Add lines 5d through 6, column (c) | | | |
| 8 Overpayment, if any, as shown on original return or as later adjusted | | | |
| 9 Subtract line 8 from line 7 | | | |

**Tax Due or Refund**

10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶
11 Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

**Please Sign Here**
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]   Date: 9/13/96   Title: SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**
Preparer's signature: ▶
Date:
Check if self-employed ▶ ☐
Preparer's social security no.:
Firm's name (or yours if self-employed) and address ▶
EIN ▶
ZIP code ▶

For Paperwork Reduction Act Notice, see instructions on page 3.   Cat. No. 11530Z   Form **1120X** (Rev. 6-95)

333

AMB-TX-001633

ESTIMATE

FILE: ) PROTECT STATUTE OF LIMITATION.
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION L-597-7(c)

**Form 1120X**
(Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/89
(Enter month and year)

Name: *Carteret Bancorp, Inc.*

Number, street, and room or suite no. (If a P.O. box, see instructions.): *1910 Pacific Ave., Suite 1500*

City or town, state, and ZIP code: *Dallas, Texas 75201*

Employer identification number: 51:0296535

Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ *Holtsville, NY*

### Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** Income and Deductions (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease—explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

PROTECTIVE CLAIM

**Payments and Credits** (see instructions)

5a Overpayment in prior year allowed as a credit
 b Estimated tax payments
 c Refund applied for on Form 4466
 d Subtract line 5c from the sum of lines 5a and 5b
 e Tax deposited with Form 7004
 f Credit from regulated investment companies
 g Credit for Federal tax on fuels

6 Tax deposited or paid with (or after) the filing of the original return
7 Add lines 5d through 6, column (c)
8 Overpayment, if any, as shown on original return or as later adjusted
9 Subtract line 8 from line 7

**Tax Due or Refund**

10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶

11 Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

**Please Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer    ▶ Date 9/13/96    ▶ Title SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**
Preparer's signature ▶
Firm's name (or yours if self-employed) and address ▶
Date
Check if self-employed ▶ ☐
EIN ▶
ZIP code ▶
Preparer's social security no.

For Paperwork Reduction Act Notice, see instructions on page 3.    Cat. No. 11530Z    Form **1120X** (Rev. 6-95)

ESTIMATE

FILED TO PROTECT STATUTE OF LIMITATIONS
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION 1.597-7(c)

**Form 1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/90
(Enter month and year)

Name: Carteret Bancorp Inc.
Number, street, and room or suite no.: 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer Identification number: 51 0296535
Telephone number (optional): (214) 220-3447

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

### Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** — Income and Deductions (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease—explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

*PROTECTIVE CLAIM* (written diagonally across form)

**Payments and Credits** (see instructions)

5a Overpayment in prior year allowed as a credit
b Estimated tax payments
c Refund applied for on Form 4466
d Subtract line 5c from the sum of lines 5a and 5b
e Tax deposited with Form 7004
f Credit from regulated investment companies
g Credit for Federal tax on fuels

6 Tax deposited or paid with (or after) the filing of the original return
7 Add lines 5d through 6, column (c)
8 Overpayment, if any, as shown on original return or as later adjusted
9 Subtract line 8 from line 7

**Tax Due or Refund**

10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶
11 Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

**Please Sign Here**
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer / Date: 9/13/96 / Title: SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**
Preparer's signature / Date / Check if self-employed ☐ / Preparer's social security no.
Firm's name (or yours if self-employed) and address / EIN ▶ / ZIP code ▶

For Paperwork Reduction Act Notice, see instructions on page 3.   Cat. No. 11530Z   Form 1120X (Rev. 6-95)

333

AMB-TX-001635

ESTIMATE
FILED ; PROTECT STATUTE OF LIMITATIONS
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION 1 597-7(c)

**Form 1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/91 (Enter month and year)

Name: Carteret Bancorp Inc.
Number, street, and room or suite no. (If a P.O. box, see instructions.): 1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code: Dallas, Texas 75201

Employer Identification number: 51-0296535
Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

**Fill in Applicable Items and Use Part II To Explain Any Changes**

**Part I   Income and Deductions (see instructions)**

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease—explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1 Total income (Form 1120 or 1120-A, line 11) | | | |
| 2 Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3 Taxable income. Subtract line 2 from line 1 | | | |
| 4 Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

PROTECTIVE CLAIM

**Payments and Credits (see instructions)**

5a Overpayment in prior year allowed as a credit
 b Estimated tax payments
 c Refund applied for on Form 4466
 d Subtract line 5c from the sum of lines 5a and 5b
 e Tax deposited with Form 7004
 f Credit from regulated investment companies
 g Credit for Federal tax on fuels

6 Tax deposited or paid with (or after) the filing of the original return
7 Add lines 5d through 6, column (c)
8 Overpayment, if any, as shown on original return or as later adjusted
9 Subtract line 8 from line 7

**Tax Due or Refund**

10 Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶
11 Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

**Please Sign Here**
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ [signed]    Date ▶ 9/13/96    Title ▶ SR. TAX ACCOUNTANT

**Paid Preparer's Use Only**
Preparer's signature ▶    Date    Check if self-employed ▶ ☐    Preparer's social security no.
Firm's name (or yours if self-employed) and address ▶     EIN ▶     ZIP code ▶

For Paperwork Reduction Act Notice, see instructions on page 3.    Cat. No. 11530Z    Form **1120X** (Rev. 6-95)

ESTIMATE
FILE TO PROTECT STATUTE OF LIMITATIONS
CLAIM FOR REFUND UNDER SECTION 6402(i) OF THE CODE
THIS IS AN ELECTION UNDER SECTION 1.597-7(c)

1309

Form **1120X** (Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Amended U.S. Corporation Income Tax Return**

OMB No. 1545-0132

For tax year ending in ▶ 12/92
(Enter month and year)

Please Type or Print

Name: Carteret Bancorp Inc.
Number, street, and room or suite no. (If a P.O. box, see instructions.)
1910 Pacific Ave., Suite 1500
City or town, state, and ZIP code
Dallas, Texas  75201

Employer Identification number: 51:0296535

Telephone number (optional): (214) 220-3447

Enter name and address used on original return (If same as above, write "Same.")

Internal Revenue Service Center where original return was filed ▶ Holtsville, NY

Fill in Applicable Items and Use Part II To Explain Any Changes

**Part I** Income and Deductions (see instructions)

| | (a) As originally reported or as previously adjusted | (b) Net change (increase or decrease— explain in Part II) | (c) Correct amount |
|---|---|---|---|
| 1  Total income (Form 1120 or 1120-A, line 11) | | | |
| 2  Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | | | |
| 3  Taxable income. Subtract line 2 from line 1 | | | |
| 4  Tax (Form 1120, line 31, or Form 1120-A, line 27) | | | |

PROTECTIVE CLAIM

Payments and Credits (see instructions)

5a  Overpayment in prior year allowed as a credit
 b  Estimated tax payments
 c  Refund applied for on Form 4466
 d  Subtract line 5c from the sum of lines 5a and 5b
 e  Tax deposited with Form 7004
 f  Credit from regulated investment companies
 g  Credit for Federal tax on fuels

6  Tax deposited or paid with (or after) the filing of the original return
7  Add lines 5d through 6, column (c)
8  Overpayment, if any, as shown on original return or as later adjusted
9  Subtract line 8 from line 7

Tax Due or Refund

10  Tax due. Subtract line 9 from line 4, column (c). Make check payable to "Internal Revenue Service" (see instructions) ▶
11  Refund. Subtract line 4, column (c), from line 9 ▶ $1.00 Plus

Please Sign Here
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ /s/   Date ▶ 9/13/96   Title ▶ SR. TAX ACCOUNTANT

Paid Preparer's Use Only

Preparer's signature ▶   Date   Check if self-employed ▶ ☐   Preparer's social security no.
Firm's name (or yours if self-employed) and address ▶
EIN ▶
ZIP code ▶

For Paperwork Reduction Act Notice, see instructions on page 3.   Cat. No. 11530Z   Form **1120X** (Rev. 6-95)

333

Form 1120X (Rev. 6-95)                                                                                           Page 2

**Part II**   Explanation of Changes to Income, Deductions, Credits, etc. Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Attach additional sheets if necessary.

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see Carryback Claims on page 3, and check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

<u>SEE ATTACHMENT</u>

AMB-TX-001638

## ATTACHMENT TO FORM 1120X

Explanation of Changes to Income, Deductions, Credits, etc. :

On December 31, 1995, the Resolution Trust Corporation (RTC) ceased its' operations and the Federal Deposit Insurance Corporation (FDIC) became its' successor. As a consequence of the transition from RTC to FDIC, certain records required for this amended return are in transition to their permanent FDIC location. This amended return reflects the best information that is available to us at this time.

The amended return that is being filed here, itself may be amended when additional relevant information is discovered.

An increase/decrease in total deductions and/or total income and a decrease in taxes due, are due to the following:

1) Total income was overstated in 1992 due to a miscalculation of the amount of Federal Financial Assistance (FFA) that was required to be included in gross income under IRC section 597. Final 597 regulations were issued in December of 1995 setting forth the specifics as to how the amount of FFA includible in income in a given taxable year is to be determined. These regulations provide for retroactive treatment to all open years. Under such regulations, the FFA for 1992 was overstated on the originally filed tax return. Moreover, even in the absence of the final regulations, the amount of FFA included in the original tax return was overstated because it was inconsistent with the principles set forth in the legislative history to IRC 597. As a result, income must be reduced in 1992. (As a result income is reduced in 1992 and in the event a net operating loss deduction is generated for 1992, that loss can be carried back under IRC 172.

2) Certain expenses deducted in the original return should have been classified as "specified liability losses" as defined in IRC 172(f), including but not limited to claims under federal and state statutes. "Specified liability losses" can be carried back 10 years instead of the usual 3. This refund claim represents the carryback of the 1992 losses attributable to specified liability losses to the taxable year of this refund claim.

3) Savings institutions that fail the "60% asset test" of IRC 7701(a)(19) are not eligible to use the reserve method of accounting for bad debts under IRC 593. Such an institution is treated as a bank and therefore must compute its' bad debts under IRC 585. If the institution is treated as a "large bank", as defined in IRC 585(c), it must compute its bad debts using the specific charge-off method under IRC 166. Net operating losses attributable to bad debts treated in this manner are eligible for a 10 year carryback under IRC 172(b)(1)(D), instead of the usual 3. This refund claim includes the carryback of the 1992 losses eligible for a 10 year carryback period under IRC. 172(b)(1)(D) to the taxable year of the refund as a result of any required use of the specific charge-off method of accounting for bad debts.

4) Under certain conditions, (such as the occurrence of a change in underlying facts under Treas. Reg. 1.446-1(e)(2)(ii)(b)), banks using the reserve method for deducting bad debts under IRC 585(b) can switch to the specific charge-off method under IRC 166. Net operating losses attributable to bad debts treated in this manner are eligible for a 10 year carryback, as allowed under IRC 172(b)(1)(D), instead of the usual 3. This refund claim represents the carryback of the 1992 losses to the taxable year of the refund to the extent such losses are eligible a 10 year carryback period under IRC 172(b)(1)(D) as a result of switching to the specific charge-off method of accounting for bad debts.

5) Under IRC 6511(d), a taxpayer has 7 years to determine whether a debt or a security has become worthless. In the case of a failing financial institution, management typically refrains from charging off their bad debts in order to artificially retain capital and keep government regulators at bay. This amended return reflects adjustments to deduct debts or securities in the taxable year in which such debts actually became worthless.

The regulations under IRC 6402(i) authorize the filing of refund claims by the FDIC as receiver for failed financial institutions. This amended return includes a refund claim under IRC 6402(i).

As a result of the foregoing adjustments to income, taxpayer hereby requests a refund of tax and previously paid interest and penalties in the amount of $1 or such greater amount as it may be entitled, plus interest on the proper amount refunded.

THE FOLLOWING IS PROVIDED IN COMPLIANCE WITH THE REQUIREMENTS OF TREASURY REGULATION SECTION 301.6402-7(e)(1)(i) THROUGH (vi):

(1) *Carteret Bancorp, Inc. — EIN 51-0296535*
  *Carteret Federal Savings Bank — EIN 22-0809906*
  *(Formerly Carteret Savings Bank, F.A.)*

(2) Federal Deposit Insurance Corporation (FDIC)

(3) Schedule to be provided upon request

(4) *Carteret F.S.B.* is an insolvent financial institution as defined in Reg. Sec. 301.6402-7(b)(4).

(5) A copy of the Form 56-F filed with the Internal Revenue Service and a copy of this claim for refund was mailed to the common parent, Financial Center Bancorp.

(6) Under penalties of perjury, I declare that I have examined the items listed in section 301.6402-7(e)(1)(i) through (v), including the accompanying schedule and to the best of my knowledge and belief, they are true, correct and complete.

_____
Authorized Representative of Fiduciary (FDIC)

*Sr. Tax Accountant*
Title

AMB-TX-001641

Federal Deposit Insurance Corporation as Receiver For
Carteret Bancorp, Inc.
EIN # 51-0296535

## THIS IS AN ELECTION UNDER SECTION 1.597-7(c)

Taxpayer agrees to extend the statute of limitations on assessment for three years from the date of the filing of this election under Section 1.597-7(c), if the limitations period would expire earlier without such extension, for any items affected in any taxable year by the filing of this election.

Amended returns will be filed for all taxable years affected by the filing of this election within 180 days of making this statement, unless such requirement is waived in writing by the District Director or his delegate.

_____        9/13/96
Authorized Signature                    Date

AMB-TX-001642