

Department of the Treasury
Internal Revenue Service

HOLTSVILLE, NY  11742

In reply refer to:   1958722609
Feb. 06, 1997     LTR 916C
51-0296535       9112 02 000
Input Op:  1958722609      02538

FEB 11 1997

CARTERET BANCORP INC
% FEDERAL DEPOSIT INSURANCE CORP
1910 PACIFIC AVE STE 1500
DALLAS  TX  75201

Taxpayer Identification Number:  51-0296535
              Kind of Tax:  Form 1120

      Date Claim(s) Received:  Sep. 19, 1996
      Tax Period(s) Ending:    Dec. 31, 1991    Dec. 31, 1990
                               Dec. 31, 1989    Dec. 31, 1986

Dear David Jones:

We are unable to process your claim for the tax period(s) shown above.

We are unable to process your claim for the tax period(s) shown above because your supporting information was not complete. If you have more information you did not send with this claim, you may file another claim and attach your information.

You were unable to provide a copy of page 1 of the Form 1120 for which the protective claim was filed.

If you have any questions about this letter, please write to us at the address shown at the top of the first page of this letter. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (     )_____  Hours_____

AMB-TX-001619

EXHIBIT
2


Department of the Treasury
Internal Revenue Service

```
                                           1958722609
                              Feb. 06, 1997    LTR 916C
                              51-0296535      9112 02 000
                              Input Op:  1958722609    02539
```

CARTERET BANCORP INC
% FEDERAL DEPOSIT INSURANCE CORP
1910 PACIFIC AVE STE 1500
DALLAS  TX   75201

Thank you for your cooperation.

                              Sincerely yours,

                              *Joyce Marto*

                              Joyce Marto
                              Chief, Adjustment Branch

Enclosure(s):
Copy of this letter
Publication 1

AMB-TX-001620