

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMBASE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:08CV651-WWE |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' RESPONSE TO
### PLAINTIFF'S THIRD INTERROGATORIES

10. Describe with particularity all facts and identify all persons and documents pertaining to the claims referenced in the attached Internal Revenue Service Letter 916C, dated February 6, 1997 (AMB-TX-001619-001622), including but not limited to identifying (1) all Internal Revenue Service personnel who participated in any way in the receipt, processing or consideration of the claims, (2) the grounds asserted in the claims, (3) the Internal Revenue Service's disposition of the claims, and (4) all files and records that reference or contain the claims.

Response: Joyce Marto, IRS Program Manager, Wage and Investment Service Center, 1040 Waverly Avenue, Holtsville, New York 11742-1129, appears to have signed the letter. The grounds asserted in the claim are not known. It appears that the IRS was not able to process the claim because it did not have sufficient information, and it does not appear that the FDIC followed up with any additional information or claims. All files and records that

1

EXHIBIT 3

4403398.1

reference or contain the claim referred to in Letter 916C, dated February 6, 1997, have already been produced. Identification of person(s): Le Hashimoto, 2484 S. Washington Blvd., Ogden, Utah, 84401-2344. Tel: 801-620-5028; George Vazquez, Paralegal Specialist, 33 Maiden Lane, 14th Floor, New York, New York 10038, Tel: 917-421-4715.

11. In the attached Internal Revenue Service Letter 916C, dated February 6, 1997 (AMB-TX-001619), regarding tax year ending December 31, 1989, among others, the Internal Revenue Service stated that it "was unable to process the claim [for 1989] because your supporting information was not complete. If you have more information you did not send with this claim, you may file another claim and attach your information." Describe with particularity all facts and identify all persons and documents pertaining to whether Carteret Federal Savings Bank, Carteret Bancorp Inc., the Federal Deposit Insurance Corporation, or any other person, filed another claim and/or attached or sent additional information regarding tax year ending December 31, 1989 referred to in Letter 916C.

Response: It does not appear that Carteret Federal Savings Bank, Carteret Bancorp., Inc., the Federal Deposit Insurance Corporation, or any other person, filed another claim or attached or sent additional information regarding tax year ending December 31, 1989 with regard to the Letter 916C.

4403398.1

12. Did the Internal Revenue Service ever assert that the claim for refund for the tax period ending December 31, 1989, referred to in the attached Letter 916C, was untimely filed; if so describe with particularity all facts and identify all persons and documents pertaining to asserting or determining the claim for refund for the tax period ending December 31, 1989, referred to in the attached Letter 916C, was not timely filed.

Response: No.

13. Did the Internal Revenue Service ever send a statutory notice of claim disallowance as described in 26 U.S.C. § 6532(a)(1) for the claim for refund for tax period ending December 31, 1989, referred to in the attached Letter 916C; if so describe with particularity all facts and identify all persons and documents pertaining to such notice and identify to whom, to what address, and on what date such notice was sent.

Response: The IRS did not send a statutory notice of claim disallowance as described in 26 U.S.C. § 6532(a)(1) for the alleged claim for refund for tax period ending December 31, 1989, referred to in the Letter 916C attached to the Plaintiff's Third Interrogatories.

I, Alex T. Case, pursuant to the provisions of 28 U.S.C. § 1746, declare that the foregoing responses are true and correct to the best of my knowledge, information, and belief, and hereby attest to the objections set forth above.

Dated, this 19th day of July 2010, in Washington, D.C.

_____
ALEX T. CASE
Trial Attorney, Tax Division
United States Department of Justice


_____
ALEX CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6499
Fax: (202) 514-5238
Email: Alex.T.Case@usdoj.gov

16

4403398.1